# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** USPIS

**City** Somerville

**Related Case Information:**

**County** Middlesex

Superseding Ind./Inf. yes    Case No. 14-10143-WGY
Same Defendant yes    New Defendant _____
Magistrate Judge Case Number 14-mj-4093-DHH
Search Warrant Case Number 14-mj-4066-DHH and 14-mj-4081-DHH
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** JOSH A. WAIRI    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Somerville, MA

**Birth date (Yr only):** 1987   **SSN (last4#):** 0555   **Sex** M   **Race:** B   **Nationality:** United States

**Defense Counsel if known:** Jay W. Carney    **Address** 20 Park Plaza

**Bar Number** _____    Suite 1405

Boston, MA 02116

## U.S. Attorney Information:

**AUSA** Suzanne Sullivan Jacobus    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date** 4-17-14

☑ Already in Federal Custody as of 4-17-14 in Plymouth County Correctional Facility
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** March 5, 2015    **Signature of AUSA:** *Suzanne Sullivan Jacobus*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSH A. WAIRI

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. s2252A(a) | Transportation of Child Pornography | 1 |
| Set 2 | 18 U.S.C. s2251(a) and (e) | Production/Attempted Production of Child Pornography | 2-4 |
| Set 3 | 18 U.S.C. s2252A(a)(5)(B) | Possession of Child Pornography | 5 |
| Set 4 | 18 U.S.C. s2253 | Criminal Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____