UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-CR-10143-WGY |
| | ) | |
| JOSH A. WAIRI, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S PROPOSED WITNESS LIST**

Now comes the United States of America, by its attorneys, CARMEN M. ORTIZ, United States Attorney, Suzanne Sullivan Jacobus and Seth B. Orkand, Assistant U.S. Attorneys, and hereby submits its witness list for the trial in this case. The government reserves its right to supplement and/or modify this list prior to trial and/or in light of the evidence that is admitted at trial and with reasonable notice to the Court and the defendant.

1. Scott Kelley
   United States Postal Inspection Service - Boston, MA

2. Mark Scichilone
   United States Postal Inspection Service - Boston, MA

3. Michael Connelly
   United States Postal Inspection Service - Boston, MA

4. Robert Smith
   Massachusetts State Police - Barnstable County, MA

5. John Conron
   Massachusetts State Police - Maynard, MA

6. Anthony Pierantozzi
   Somerville, MA

7. Amelia Burns
   Carlisle, MA

8.  Sandy Rubenstein
    Yarmouth Port, MA

9.  Michael Spears
    Central Falls, RI


                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                                By:
                                        /s/ Suzanne Sullivan Jacobus
                                        Suzanne Sullivan Jacobus
                                        Assistant U.S. Attorney

                                        /s/ Seth B. Orkand
                                        Seth B. Orkand
                                        Assistant U.S. Attorney

Dated: April 20, 2015


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Suzanne Sullivan Jacobus
                                        Suzanne Sullivan Jacobus
                                        Assistant U.S. Attorney