UNITED STATES DISTRICT COURT
                           DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )    Criminal No. 14-CR-10143-WGY
                                )
JOSH A. WAIRI,                  )
          Defendant.            )

**JOINT LIST OF PROPOSED EXHIBITS**

    The United States of America, by its attorneys, United States Attorney Carmen M. Ortiz, and Assistant U.S. Attorneys Suzanne Sullivan and Seth B. Orkand, and counsel for the defendant, Attorneys J. W. Carney and Benjamin Urbelis, jointly submit this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter.  The parties reserve the right to supplement or modify this list from time to time, with reasonable notice to opposing counsel.[1]

| Exhibit No. | Exhibit No. | Description |
|---|---|---|
|  | 1a | DVD containing 8 videos (re: Cybertip #2067882) |
|  | 1b | List: names of 8 videos contained in Cybertip |
|  | 2 | Signed Miranda form |
|  | 3 | Photograph – inside of residence <br> - Bedroom including desk area |
|  | 4 | Photograph – inside of residence <br> - Close up of desk cabinet in bedroom |

---

[1] The exhibits designated by number are not objected to.  The exhibits designated by letter only are objected to by defense counsel.

1

| Exhibit No. | Exhibit No. | Description |
|---|---|---|
|  | 5 | Photograph – inside of residence<br>  - JVC camcorder |
| a |  | Photograph – inside of residence<br>  - Bathroom: shower curtain |
|  | 7 | 32 GB blue HP thumb drive |
|  | 8 | Dell mini computer |
|  | 9 | Lenovo computer |
|  | 10 | JVC video recorder |
|  | 11 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - front of cabin |
|  | 12 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - inside of cabin/bunks/staircase/bathroom area |
|  | 13 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - macro view of bathroom |
|  | 14 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - 3 shelf cubbie in shower stall |
|  | 15 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - 4 shelf cubbie in shower stall |
|  | 16 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - Cabin shower |
|  | 17 | Photograph of Camp Wingate/Natures Classroom (Yarmouth Port, MA)<br>  - Cabin shower viewed from shelf area |

| Exhibit No. | Exhibit No. | Description |
|---|---|---|
|  | 18 | Stipulation - Chain of Custody |
|  | 19 | Photograph of Kennedy Pools<br>- Boys locker room: sinks |
|  | 20 | Photograph of Kennedy Pools<br>- Boys locker room: lockers |
|  | 21 | Photograph of Kennedy Pools<br>- Boys locker room: close up of lockers/bench |
|  | 22 | DVD (count 2 - Minor A) |
|  | 23 | DVD (count 3 - Minor B) |
|  | 24 | DVD (count 4 - Minor C) |
|  | 25 | Screenshot still clip of Minor C |
|  | 26 | 1 of 3 sample photograph from thumb drive |
|  | 27 | 2 of 3 sample photograph from thumb drive |
|  | 28 | 3 of 3 sample photograph from thumb drive |
|  | 29 | 1 of 4 sample photograph from Dell mini computer |
|  | 30 | 2 of 4 sample photograph from Dell mini computer |
|  | 31 | 3 of 4 sample photograph from Dell mini computer |
|  | 32 | 4 of 4 sample photograph from Dell mini computer |
|  | 33 | Screenshot of file structure on HP thumb drive ("HP V195B(K:)/New Folder/Documents/My Pictures/Users/Videos") |
|  | 34 | Screenshot of file structure on HP thumb drive ("HP V195B(K:)/Documents/New Folder/100 Media/…Pictures/Video…") |
|  | 35 | Screenshot of file structure on HP thumb drive ("HP V195B(K:)/Documents/100 MEDIA/New folder/G&P/Healey/Kennedy/My Pictures/Preview") |

| Exhibit No. | Exhibit No. | Description |
|---|---|---|
|  | 36 | Screenshot of file structure on HP thumb drive ("HP V195B(K")/Documents/100 MEDIA/Kennedy/New folder/Boy Bum.wmv; Little.wmv; Pool.wmv; Minor C-back.wmv; Minor C-front.wmv") |
|  | 37 | Screenshot of file structure on HP thumb drive ("HP V195B(K")/My Pictures/New folder/B/G/New Folder") |
|  | 38a | -("HP V195B(K")/My Pictures/B/New folder/A$$/Amigos/Changing/Clothes/Kissing/Little/My Space/Oops/PEN15/Sets/Special/Videos…") |
|  | 38b | -("HP V195B(K")/Documents/100 MEDIA/Healy/[videos by name]") |
| b |  | Search Warrant (inventory list from residence) |
| c |  | Names.docx document (list of DropBox links) |
|  | 41 | Stipulation – Minors A, B, C |
|  | 42 | Stipulation – interstate commerce |
|  | 43 | Stipulation – Defendant's IP address |
|  | 44 | Stipulation – DropBox online storage account |
| d |  | July 28, 2009 Letter from Anthony Pierantozzi to Josh A. Wairi |
| e |  | August 3, 2012 Letter from Josh A. Wairi to Jill Geiser and August 14, 2012 letter from Melissa DeResendes to Josh A. Wairi |
| f |  | 2009 Out-of-State Field Trip Application |
| g |  | 2011 Out-of-State Field Trip Application |
| h |  | May 19, 2010 email from Josh A. Wairi to Richard Cheney |

| Exhibit No. | Exhibit No. | Description |
|---|---|---|
| i | | May 17, 2011 email from Josh A. Wairi to Richard Cheney |
| j | | May 22, 2012 email from Josh A. Wairi to Richard Cheney |
| | 52 | Stipulation - email accounts of Defendant |
| k | | Screenshot of international website initialed and dated by Josh A. Wairi on 4/17/14 |

Respectfully submitted,

CARMEN M. ORTIZ                     JOSH A. WAIRI
United States Attorney              By his attorneys,

By:
*/s/ Suzanne Sullivan Jacobus*      */s/ J. W. Carney, Jr.*
Suzanne Sullivan Jacobus            Counsel for Josh A. Wairi
Assistant U.S. Attorney

*/s/ Seth B. Orkand*                */s/ Benjamin Urbelis*
Seth B. Orkand                      Counsel for Josh A. Wairi
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

We, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Suzanne Sullivan Jacobus*
                                          Suzanne Sullivan Jacobus
                                          Assistant U.S. Attorney

                                          */s/ Seth B. Orkand*
                                          Seth B. Orkand
                                          Assistant U.S. Attorney

Dated: April 20, 2015