Q) FOR ATTEMPTED PRODUCTION, WOULD YOU DEFINE CHILD Pornography from WAIRI'S OR FROM GENERAL PUBLIC PERSPECTIVE?

5/1 4:10
Juror Q5