1                   UNITED STATES DISTRICT COURT

2                     DISTRICT OF MASSACHUSETTS

3                              No. 1-14-cr-10143-WGY

4

5    UNITED STATES OF AMERICA

6

7    vs.

8

9    JOSH A. WAIRI

10

11                        * * * * * * * * *

12

13                     For Jury Trial Before:
                       Judge William G. Young

14

15                     *EXCERPT TRANSCRIPT*:
                       Scott Kelley Testimony
16              "After JAW2222@hotmail.com language"

17

18                     United States District Court
                       District of Massachusetts (Boston)
                       One Courthouse Way
19                     Boston, Massachusetts 02210
                       April 29, 2015

20

21                        * * * * * * * *

22

23              REPORTER: RICHARD H. ROMANOW, RPR
                        Official Court Reporter
                     United States District Court
24         One Courthouse Way, Room 5510, Boston, MA 02210
                       bulldog@richromanow.com

25

```
 1                    A P P E A R A N C E S

 2

 3    SUZANNE SULLIVAN JACOBUS, ESQ.
      SETH B. ORKAND, ESQ.
 4        United States Attorney's Office
          J. Joseph Moakley U.S. Courthouse
 5        1 Courthouse Way, Suite 9200
          Boston, Massachusetts 02210
 6        (617) 748-3605
          Email: Suzanne.sullivan@usdoj.gov
 7        For the United States

 8

 9    J.W. CARNEY, ESQ.
          J.W. Carney, Jr. & Associates
10        20 Park Plaza, Suite 1405
          Boston, Massachusetts 02216
11        (617) 933-0350
          Email: Jcarney@carneydefense.com
12    and
      BENJAMIN P. URBELIS, ESQ.
13        Urbelis Law, LLC
          98 North Washington Street, Suite 403
14        Boston, Massachusetts 02114
          (617) 830-2188
15        Email: Ben@urbelislaw.com
          For the defendant
16

17

18

19

20

21

22

23

24

25
```

1        P R O C E E D I N G S

2        (A portion of the direct examination of Inspector

3    Kelley by Ms. Sullivan.)

4        (*EXCERPT* begins.)

5    Q.    And what was the secondary e-mail account?

6    A.    It was JAW2222@hotmail.com.

7    Q.    And, by the way, did your investigation reveal

8    what Mr. Wairi's initials are?

9    A.    Yes.

10   Q.    What are they?

11   A.    "JAW."

12   Q.    During the course of your interview with the

13   defendant, according to Josh Wairi what did he use the

14   "hottjamess," with two "Ts" and two "Ss," "@aim.com,"

15   e-mail account to do?

16   A.    He used that e-mail address to trade and to

17   receive, um, images of child pornography.

18   Q.    And when you say "trade and receive," are you

19   talking about distribution as well?

20   A.    Correct.

21   Q.    And what did he recall he traded those images

22   with, how many other users?

23   A.    There were several users that he's met, um,

24   through a website that was a place where he could meet

25   other people to share and trade in child pornography

1    images.

2    Q.    And during the interview how many did he recall

3    trading the images with, including how many users, by

4    e-mail, if you know, and if you don't you can refer to

5    your report.

6    A.    I'd have to refer to my report.

7    Q.    Do you think that would refresh your memory?

8    A.    Yes.

9    Q.    I direct your attention to Page 2, the last

10   paragraph, the first couple of lines.

11   A.    (Reads.)  He traded images with about 10 other

12   users.

13   Q.    And how did he do so?

14   A.    By e-mail.

15   Q.    Okay.  And how did he meet these people to trade

16   images?

17   A.    On a website.

18   Q.    Okay.  And was it a particular website?

19   A.    It was.

20   Q.    And are you familiar with that website?

21   A.    I am.

22   Q.    How are you familiar with that, Inspector Kelley?

23   A.    The website is a common site where people who have

24   an interest in child pornography, um -- it's a file-

25   sharing website, um, run out of Russia.  Excuse me.

1    It's run out of Russia.

2    Q.    And what's the name of it?

3    A.    "Image Source."

4    Q.    Does it have an acronym that it goes by?

5    A.    It does.

6    Q.    And would that be "i," small "i," capital

7    "MGSRC.ru"?

8    A.    That's correct.

9    Q.    And have you seen that website in your capacity as

10   a inspector investigating child exploitation cases?

11   A.    Yes, I have.

12   Q.    (Pause.)  And according to Josh Wairi, how long

13   was he a member of that particular Russian website?

14   A.    For just over a year.

15   Q.    And when, according to Josh Wairi, did he stop

16   using that "Image Source" international website?

17   A.    When he moved into his new residence at 65 Beacon

18   Street, so on or about September of 2013.

19   Q.    And what did Josh Wairi tell you, um, he did when

20   he lived in his mother's house at 88 Wheatland Street in

21   connection with this "Image Source" Russian website?

22   A.    That he uploaded images to the Image Source

23   website.

24   Q.    And what did he admit his, um, screen name was

25   when he utilized this Image Source website?

1    A.     The hottjamess@aim.com.

2    Q.     Did you show anything to Josh Wairi, during the

3    course of the interview, relative to that particular

4    website, the Image Source website?

5    A.     Yes, I did.

6    Q.     And what did you show him, Inspector Kelley?

7    A.     I took a screen capture that, um, I took from a

8    profile with that name.

9    Q.     And where did you capture that?

10   A.     I took it from the Image Source website.

11   Q.     And when did you do that?

12   A.     On the days leading up to the execution of the

13   search warrant.

14   Q.     Okay.  I'm going to approach you with what has

15   been marked for identification as A and I'm going to ask

16   you if you recognize that item, sir?

17   A.     I do.

18   Q.     What do you recognize it to be?

19   A.     This is a copy of a screen shot that I took from

20   the Image Source website and it has the profile, um, on

21   Image Source that says "The Image Source albums of

22   hottjamess," H-O-T-T-J-A-M-E-S-S.

23   Q.     And, Inspector, why did you take a screen shot

24   capture of that particular website prior to the

25   execution of the search warrant?

1   A.    Because the e-mail address associated with this

2   Image Source account is "hottjamess1@gmail.com."

3   Q.    And what if anything did you ask Mr. Wairi to do

4   when you showed him that document on the date of the

5   execution of the search warrant?

6   A.    I showed this to Josh Wairi and asked him if he

7   recognized it, he said that he did and he said that this

8   was actually his profile and that was his e-mail address

9   that was on there.

10  Q.    And he admitted that he uploaded what to that

11  website?

12  A.    He admitted he uploaded about 8 to 10, um, images

13  or videos of child pornography to this website.

14  Q.    Let me ask you, um, do you recall specifically him

15  saying "8 to 10"?

16  A.    I believe it was "8 to 10."

17  Q.    Okay.  If I showed you your report --

18        MS. SULLIVAN:  Well, with the Court's permission,

19  might I show him Page 2 of his report?

20        THE COURT:  You may.

21  Q.    I direct your attention to Page 2 of your report,

22  Inspector Kelley, and again we're on the bottom

23  paragraph, and at this time I'd ask to direct your

24  attention to the middle of it.

25  A.    (Looks.)  "He estimated he uploaded approximately

1   10 to 12 images."

2   Q.    Okay.  But after he had a problem with his, um,

3   "aim" account, according to Mr. Wairi, did he change his

4   e-mail account on this Image Source website?

5   A.    He did.

6   Q.    And what did he change it to?

7   A.    Under the Image Source profile it says "User

8   Info," with a few stars, and it says, in capital

9   letters, "NEW E-MAIL ADDRESS," three more stars, um --

10  and let's see.

11  Do you want the user info or do you want the actual

12  e-mail address?

13  Q.    Um, the e-mail address.

14  A.    Oh, I'm sorry.  I apologize.  The e-mail address

15  being "hott," H-O-T-T, "Jamess," J-A-M-E-S-S, "1,"

16  "@gmail.com."

17  Q.    Okay.  And according to Mr. Wairi what did he

18  admit to need that e-mail account in his profile, for

19  what purpose?

20  A.    Because he had a new -- he was locked out of his

21  other e-mail address and now this was a new e-mail

22  address.

23  Q.    And did he post that new e-mail account on his

24  profile for that Image Source?

25  A.    Yes.

1   Q.    For others to view?

2   A.    Yes, he did.

3   Q.    Let me ask you about the name "James Smanthy,"

4   S-M-A-N-T-H-Y.

5     Did you ask Josh Wairi about that name?

6   A.    Yes, I did.

7   Q.    What if anything did he tell you?

8   A.    He said it was a name that he just made up.

9   Q.    To use with what?

10  A.    For his Image Source account and his e-mail

11  address.

12  Q.    And so when you provided that screen capture of

13  that Image Source account for his review, he initialed

14  it?

15  A.    He did.

16  Q.    And what if anything did he say about recognition

17  of that?

18  A.    He said that it was actually his screen name, it

19  was his account, and he was the one that placed these on

20  there, this information on this profile.

21  Q.    And what's the subject line of that Image Source

22  account read?

23  A.    The user info one?

24  Q.    Yes.

25  A.    It says -- there's three stars, it says, capital

```
1    letters, "NEW E-MAIL ADDRESS," three more stars, capital
2    "I," under the word "LOVE," all capitals, "BOYS, 8-13."
3    "Send me pics and videos and I will send back," period.
4    I HAVE A TON," all capitals, "T-O-N," "of pictures and
5    videos," period.  "This is my first time," period.
6    "Happy browsing!", exclamation.
7                (EXCERPT ends.)
8
9                    C E R T I F I C A T E
10
11         I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,
12   do hereby certify that the foregoing record is a true
13   and accurate transcription of my stenographic notes, of
14   the aforementioned EXCERPT, before Judge William G.
15   Young, on April 29, 2015, to the best of my skill and
16   ability.
17
18
19   /s/ Richard H. Romanow 05-11-15
     _____
20   RICHARD H. ROMANOW   Date
21
22
23
24
25
```