UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>            Plaintiff,         )<br>                                    )<br>    v.                              )<br>                                    )<br>JOSHU A. WAIRI,                     )<br>            Defendant.              ) | Civil Action No. 14-10143-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher R. Donato, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By:   */s/ Christopher R. Donato*
      CHRISTOPHER R. DONATO
      Assistant United States Attorney
      BBO #628907
      1 Courthouse Way, Suite 9200
      Boston, MA   02210
      (617) 748-3100
      Christopher.Donato@usdoj.gov

Date: August 24, 2015

## CERTIFICATE OF SERVICE

I, Christopher R. Donato, Assistant United States Attorney, hereby certify that the foregoing Notice of Appearance was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Christopher R. Donato*
Christopher R. Donato
Assistant United States Attorney

Date: August 24, 2015