UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | No. 14-CR-10143-WGY |
| | ) | |
| JOSHUA WAIRI | ) | |

**DEFENDANT'S NOTICE OF APPEAL**

The defendant, Joshua Wairi, hereby appeals his conviction and sentence.

Joshua Wairi,
By His Attorneys

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@carneydefense.com

Benjamin P. Urbelis
B.B.O. # 672895
Urbelis Law, LLC
98 North Washington St.
Boston, MA 02114
617-830-2188
Ben@Urbelislaw.com

Dated: September 23, 2015

1

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.