UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | No. 14-CR-10143-WGY |
| | ) | |
| JOSHUA WAIRI | ) | |

**DEFENDANT'S MOTION FOR PRODUCTION OF TRANSCRIPTS**

The defendant, Joshua Wairi, moves this Court to authorize the production of transcripts for the following court events:

1. Trial, dated April 29 through May 5, 2015

2. Jury charge conference, dated April 30, 2015

3. Hearing regarding sentencing enhancement, dated May 29, 2015

4. Sentencing hearing, dated September 14, 2015

As ground for this request, the defendant states that he intends to pursue an appeal in this matter.

Joshua Wairi,
By His Attorneys

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

1

                                      Carney & Associates
                                      20 Park Plaza, Suite 1405
                                      Boston, MA 02116
                                      617-933-0350
                                      jcarney@carneydefense.com

                                      Benjamin P. Urbelis
                                      B.B.O. # 672895
                                      Urbelis Law, LLC
                                      98 North Washington St.
                                      Boston, MA 02114
                                      617-830-2188
                                      Ben@Urbelislaw.com

Dated: September 23, 2015

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                      */s/ J. W. Carney, Jr.*
                                      J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | No. 14-CR-10143-WGY |
| | ) | |
| JOSHUA WAIRI | ) | |

### AFFIDAVIT SUPPORTING DEFENDANT'S MOTION FOR PRODUCTION OF TRANSCRIPTS

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: September 23, 2015