UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10143-WGY |
| ) | |
| JOSH A. WAIRI, ) | |
| Defendant. ) | |

## DECLARATION OF PUBLICATION

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 25, 2015 and ending on October 25, 2015.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on December 23, 2015, at Boston, Massachusetts.

       */s/ Christopher R. Donato*
CHRISTOPHER R. DONATO
BBO #628907
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Christopher.Donato@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: December 23, 2015

       */s Christopher R. Donato*
CHRISTOPHER R. DONATO
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# COURT CASE NUMBER: CR 14-10143-WGY; NOTICE OF FORFEITURE

Notice is hereby given that on September 13, 2015, in the case of U.S. v. JOSH A. WAIRI, Court Case Number CR 14-10143-WGY, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

miscellaneous Cell Phones (14-USP-002445) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

miscellaneous DVD's and CD's, one Dell 123MB thumb drive, one PNY 64GB thumb drive, two PNY 32GB thumb drives, and miscellaneous SD cards (14-USP-002446) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Palm Pilot (14-USP-002447) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Fuji Endeavor Camera (14-USP-002448) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Kodak disposable camera and one CVS disposable camera; seized from Josh Wairi at 65 Beacon Street, Apt. 204, Somerville, MA;

one Samsung Chromeback bearing serial number HY3A19JD608432Y (14-USP-002456) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one JVC Camcorder Model Number GZ-HM30BU (14-USP-002458) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Nikon Coolpix Camera bearing serial number 30175919 (14-USP-002459) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Apple IPOD U2 20GB (14-USP-002460) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one 8GB IPOD (14-USP-002461) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Mac Book Pro bearing serial number C2WFCKLUDH2G (14-USP-002462) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one 8GB Scan Disk Thumb Drive and one 8GB DTSE9 Thumb Drive (14-USP-002463) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Green Thumb Drive 512MB and one Yellow Dane-lec 512MB Thumb Drive; IS0000946920, IS0000946925 (14-USP-002464), seized from Josh Wairi on April

17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Samsung Chromeback Book bearing serial number HY3A91JD608562K (14-USP-002468) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one I Mac Desktop bearing serial number C02KR0SWFFYV (14-USP-002470) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Canon Camera PC 1022 bearing serial number 4423003231 (14-USP-002471) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Samsung Camera S 630 bearing serial number 971161213 (14-USP-002472) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Samsung SCH-U340 Flip Phone (14-USP-002473) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Macbook Ibook bearing serial number 4H633022SE7 (14-USP-002474) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Dell Mini Laptop bearing serial number HK0KQK1 (14-USP-002476) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Lenovo Laptop bearing serial number CB06964522 (14-USP-002477) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one 4GB Sony Thumbdrive and one Vernatim 4GB Thumbdrive (14-USP-002479) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one HP Blue 32GB Thumbdrive (14-USP-002480) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one I Phone 5S bearing serial number F17LT6CBFNJQ (14-USP-002481) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA;

one Samsung Cell Phone bearing serial number A3LSCHU350 (14-USP-002482) seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA; and

one Panansonic Camera Lumix bearing serial number WR1SB003767 with blue 8GB Scandisk (14-USP-002483)seized from Josh Wairi on April 17, 2014 at 65 Beacon Street, Apt. 204, Somerville, MA.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 25, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition

must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Christopher R. Donato, 1 Courthouse Way, Suite 9200, Boston, MA  02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 25, 2015 and October 25, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. JOSH A. WAIRI

**Court Case No:**     CR 14-10143-WGY
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/25/2015 | 24.0 | Verified |
| 2 | 09/26/2015 | 24.0 | Verified |
| 3 | 09/27/2015 | 24.0 | Verified |
| 4 | 09/28/2015 | 24.0 | Verified |
| 5 | 09/29/2015 | 24.0 | Verified |
| 6 | 09/30/2015 | 24.0 | Verified |
| 7 | 10/01/2015 | 24.0 | Verified |
| 8 | 10/02/2015 | 24.0 | Verified |
| 9 | 10/03/2015 | 24.0 | Verified |
| 10 | 10/04/2015 | 24.0 | Verified |
| 11 | 10/05/2015 | 24.0 | Verified |
| 12 | 10/06/2015 | 24.0 | Verified |
| 13 | 10/07/2015 | 24.0 | Verified |
| 14 | 10/08/2015 | 24.0 | Verified |
| 15 | 10/09/2015 | 24.0 | Verified |
| 16 | 10/10/2015 | 24.0 | Verified |
| 17 | 10/11/2015 | 24.0 | Verified |
| 18 | 10/12/2015 | 23.9 | Verified |
| 19 | 10/13/2015 | 24.0 | Verified |
| 20 | 10/14/2015 | 24.0 | Verified |
| 21 | 10/15/2015 | 24.0 | Verified |
| 22 | 10/16/2015 | 24.0 | Verified |
| 23 | 10/17/2015 | 24.0 | Verified |
| 24 | 10/18/2015 | 24.0 | Verified |
| 25 | 10/19/2015 | 24.0 | Verified |
| 26 | 10/20/2015 | 24.0 | Verified |
| 27 | 10/21/2015 | 24.0 | Verified |
| 28 | 10/22/2015 | 24.0 | Verified |
| 29 | 10/23/2015 | 24.0 | Verified |
| 30 | 10/24/2015 | 24.0 | Verified |
| 31 | 10/25/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.